*E-Filed 5/14/10*

Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: jisaacs@enviroadvocates.com

William Verick (State Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (State Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, California 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, | Civil No. 3:10-CV-00121-RS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT |
| PACIFIC GAS AND ELECTRIC COMPANY. | |
| Defendant. | |

**STIPULATION**

WHEREAS, on January 11, 2010, Plaintiff Ecological Rights Foundation filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties under Clean Water Act ("CWA") section 505(a)(1), 33 U.S.C. § 1365(a)(1), seeking relief for the alleged unlawful discharge of pollutants from Pacific Gas and Electric Company ("PG&E")'s corporation yards and service centers located throughout Northern California ("the Facilities") into waters of the United States in violation of the CWA.  *See* Docket Doc. No. 1;

WHEREAS, on April 8, 2010, Plaintiff filed a Notice of Motion for Leave to File First Amended Complaint and Memorandum of Points and Authorities in support thereof ("Motion for Leave to File First Amended Complaint"), seeking to provide additional detail on the background statutory law applicable to this case and the specific way in which Plaintiff alleges that PG&E has violated that law at the Facilities;

WHEREAS, on April 13, 2010, Plaintiff and PG&E filed a Stipulation and Proposed Order Regarding Motion for Leave to File First Amended Complaint ("Stipulation and Proposed Order");

WHEREAS, in the Stipulation and Proposed Order, PG&E agreed not to oppose Plaintiff's then-pending Motion for Leave to File First Amended Complaint and Plaintiff agreed that PG&E would not be obligated to answer or otherwise plead to the First Amended Complaint because of Plaintiff's intention to soon file a Second Amended Complaint;

WHEREAS, on April 14, 2010, the Court granted the Stipulation and Proposed Order, as modified;

WHEREAS, on February 9, 2010, Plaintiff served a Notice of Violation and Intent to File Suit Under the CWA and Resource Recover and Conservation Act ("RCRA") ("Notice Letter") on PG&E, the U.S. Environmental Protection Agency, and relevant State agencies as required by the notice provisions of the CWA and RCRA.  *See* CWA section 505(b), 33 U.S.C. § 1365(b); RCRA section 7002(b)(2)(A), 42 U.S.C. 6972 (b)(2)(A);

WHEREAS, pursuant to the notice provisions of RCRA, Plaintiff was required to wait 90 days from the date of service of the Notice Letter before filing suit under RCRA;

1    WHEREAS, the 90-day notice period has now expired, and Plaintiff seeks leave to file a

2 Second Amended Complaint to add a claim under RCRA section 7002(a)(1)(B), 42 U.S.C. § 6972

3 (a)(1)(B), and to make certain changes to the factual allegations in support of the CWA claims;

4    WHEREAS, on April 9, 2010, Plaintiff served a Supplemental Notice of Violation and Intent

5 to File Suit Under the Clean Water Act and Resource Recovery and Conservation Act

6 ("Supplemental Notice Letter"), to identify one additional facility at which Plaintiff alleges that

7 PG&E has violated the CWA and RCRA;

8    WHEREAS, when the 90-day notice period expires on the Supplemental Notice Letter,

9 Plaintiff intends to seek leave to file a Third Amended Complaint to incorporate the new facility into

10 its pleadings;

11    NOW, THEREFORE, the parties do hereby stipulate, by and through counsel, that:

12        1.    Plaintiff should be granted leave to amend to file the Second Amended

13 Complaint;

14        2.    PG&E will not be obligated to file an Answer or otherwise plead to the

15 Second Amended Complaint;

16        3.    PG&E's Answer or other responsive pleading to the Third Amended

17 Complaint will be due in accordance with the schedule established by the Federal Rules of

18 Civil Procedure.

19

20 Dated:  May 13, 2010

21                                               */s/ Bradley Rochlen*
                                                 Bradley S. Rochlen
22                                               Foley & Lardner LLP
                                                 321 North Clark Street, Ste. 2800
23                                               Chicago, IL 60654
                                                 (312) 832.4906
24                                               brochlen@foley.com
25                                               ATTORNEYS FOR DEFENDANT
                                                 PG&E
26

27

28

1

2
               *Christopher A. Sproul*
            _____

3
            Christopher Sproul

4
            Environmental Advocates
            5135 Anza Street

5
            San Francisco, CA 94121
            (415) 386-6709

6
            csproul@enviroadvocates.com
            ATTORNEYS FOR PLAINTIFF

7
            ECOLOGICAL RIGHTS
            FOUNDATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                     **~~PROPOSED~~ ORDER**

2         On May 13, 2010, Plaintiff Ecological Rights Foundation and Defendant Pacific Gas &

3 Electric Company filed a Stipulation and Proposed Order Granting Plaintiff Leave to File Second

4 Amended Complaint ("the Stipulation").  Having considered the Stipulation, and good cause

5 appearing, the Court hereby GRANTS the Stipulation and orders as follows:

6         Plaintiff is granted leave to file the Second Amended Complaint, which will be deemed filed

7 on the date it is lodged with the Court.  PG&E will not be obligated to file an Answer or otherwise

8 plead to the Second Amended Complaint.  PG&E's Answer or other responsive pleading to the

9 Third Amended Complaint will be due in accordance with the schedule established by the Federal

10 Rules of Civil Procedure.

11

12 IT IS SO ORDERED.

13

14 Dated: _____5/13_____, 2010                _____

15                                                RICHARD SEEBORG

16                                                United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28