**\*\*E-filed 06/11/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, | No. C 10-0121 RS |
| Plaintiff, | **ORDER DENYING MOTION TO CONTINUE HEARING** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Defendant. | |

Defendant's motion to continue the hearing on the pending motion to compel and sanctions motion is DENIED. Pursuant to Civil Local Rule 7-1(b), those motions will be submitted without oral argument.

Dated: 06/11/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE