*E-Filed 9/17/10*

Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

William Verick (State Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (State Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, California 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ECOLOGICAL RIGHTS FOUNDATION, | Civil No. 3:10-CV-00121-RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS |
| PACIFIC GAS AND ELECTRIC COMPANY. | |
| Defendant. | |

## STIPULATION

WHEREAS, on August 25, 2010, Defendant Pacific Gas & Electric Company ("PG&E") filed Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim and Proposed Order (Docket Doc. 67) ("Motion to Dismiss");

WHEREAS, on September 7, 2010, the Court issued an order continuing the hearing on the Motion to Dismiss until December 2, 2010, "subject to further rescheduling upon conclusion of the parties' meet and confer negotiations that are to be held pursuant to this order." Docket Doc. 76 at 3 ("Order");

WHEREAS, the Order required the parties to meet and confer to discuss three questions, including whether the legal issues in dispute in this case could most efficiently be resolved on a motion to dismiss rather than a motion for summary judgment;

WHEREAS, the parties exchanged letters on September 13 and 14, 2010 in which they agreed that the legal issues in dispute could most efficiently be resolved in PG&E's pending Motion to Dismiss;

WHEREAS, the parties have exchanged their initial thoughts regarding the other two questions raised by the Court's Order and scheduled an additional meet and confer session to seek agreement on those matters;

WHEREAS, because PG&E's Motion to Dismiss is currently pending and Plaintiff is ready to respond, the parties believe the Motion to Dismiss should be rescheduled at this time;

NOW, THEREFORE, the parties do hereby stipulate, by and through counsel, that:

1. The hearing on PG&E's Motion to Dismiss should be calendared for October 21, 2010 to correspond with the Case Management Conference, or another date at the Court's convenience;

2. Plaintiff's Opposition brief should be due on September 30, 2010;

3. PG&E's Reply brief should be due on October 7, 2010; and

1  Dated: September 17, 2010

2
        /s/ Bradley S. Rochlen_____
Bradley S. Rochlen
Foley & Lardner LLP
321 North Clark Street, Ste. 2800
Chicago, IL 60654
(312) 832.4906
brochlen@foley.com
ATTORNEYS FOR DEFENDANT
PG&E

_____
Christopher Sproul
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(415) 386-6709
csproul@enviroadvocates.com
ATTORNEYS FOR PLAINTIFF
ECOLOGICAL RIGHTS
FOUNDATION

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR
MOTION TO DISMISS                                        Page 2

**~~PROPOSED~~ ORDER**

On September 17, 2010, Plaintiff Ecological Rights Foundation and Defendant Pacific Gas & Electric Company filed a Stipulation and Proposed Order Regarding Briefing Schedule for Motion to Dismiss ("the Stipulation"). Having considered the Stipulation, and good cause appearing, the Court hereby GRANTS the Stipulation and orders as follows:

The hearing on PG&E's pending Motion to Dismiss (Docket Doc. 67) shall be set for at 11:00 a.m. October 21, 2010. Plaintiff's Opposition brief shall be filed September 30, 2010. PG&E's Reply brief shall be filed October 7, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __9/17_____, 2010

_____
RICHARD SEEBORG
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING BRIEFING SCHEDULE FOR
MOTION TO DISMISS                                                                 Page 3