UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> PACIFIC GAS AND ELECTRIC, ) <br> ) <br> Defendant(s). ) <br> ) | No. C10-0121 RS (BZ) <br><br> **INITIAL DISCOVERY ORDER** |

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1

Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter **filed electronically** not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties **shall reply** in similar fashion within **two days** of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

    After the conference with the Court, if filing papers is deemed necessary, they should be filed **electronically** with the Clerk's Office, with **one hard copy delivered directly to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect or e-mailed to the following address: **bzpo@cand.uscourts.gov**

Dated: December 22, 2010

                                                Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\ECOLOGICAL RIGHTS V. PG&E\INITIAL DISC ORDER.wpd