1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ECOLOGICAL RIGHTS                )
     FOUNDATION,                      )
12                                    )      No. C10-0121 RS (BZ)
                 Plaintiff(s),        )
13                                    )
        v.                            )      **BRIEFING ORDER**
14                                    )
     PACIFIC GAS AND ELECTRIC,        )
15                                    )
                                      )
16            Defendant(s).           )
     ─────────────────────────────────)
17

18        Following a telephone conference to address the issues

19   raised by plaintiff's motion to compel inspection of

20   defendant's facilities, at which the parties were represented

21   by counsel, **IT IS ORDERED** as follows:

22        1.   Any opposition to plaintiff's motion shall be filed

23   by **January 7, 2011.**  Any reply shall be filed by **January 10,**

24   **2011.**  The Court will schedule a hearing if one is necessary.

25        2.   Plaintiff's motion to shorten time is **DENIED** as moot.

26        3.   By **January 7, 2011**, defendant shall lodge with the

27   Court the record of the latest meet and confer session between

28   ///

                                   1

1  the parties regarding this dispute.

2  Dated: December 22, 2010

3

4                          Bernard Zimmerman
                     United States Magistrate Judge

5

6  G:\BZALL\-REFS\ECOLOGICAL RIGHTS V. PG&E\BRIEFING ORDER.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28