UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PACIFIC GAS AND ELECTRIC,<br><br>　　　　Defendant(s). | No. C10-0121 RS (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

A hearing to discuss the dispute set forth in Docket Nos. 119 and 120 is scheduled for **Wednesday, March 23, 2011 at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: March 21, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ECOLOGICAL RIGHTS V. PG&E\DISC ORD 2.wpd

1