ROCKY N. UNRUH, CA Bar #84049
runruh@schiffhardin.com
**SCHIFF HARDIN LLP**
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER, THIRTY-SECOND FLOOR
SAN FRANCISCO, CA  94105
TELEPHONE:        415.901.8700
FACSIMILE:         415.901.8701

RUSSELL B. SELMAN IL Bar # 6195396, *pro hoc vice*
rselman@schiffhardin.com
BRADLEY S. ROCHLEN IL Bar # 6244780, *pro hoc vice*
brochlen@schiffhardin.com
J. MICHAEL SHOWALTER IL Bar #6301455, *pro hoc vice*
mshowalter@schiffhardin.com
**SCHIFF HARDIN LLP**
ATTORNEYS AT LAW
233 S. WACKER DR., SUITE 6600
CHICAGO, IL 60606
TELEPHONE:        312.258.5500
FACSIMILE:         312.258.5600

*Attorneys for Pacific Gas and Electric Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Defendant. | Case No. 3:10-CV-00121-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO STAY EXPERT DISCOVERY |

## **STIPULATION**

WHEREAS, on February 23, 2011, Defendant Pacific Gas and Electric Company ("PG&E") filed Defendant's Motion to Dismiss Plaintiff's Fourth Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim, Motion for a More Definite Statement and Proposed Order (Docket No. 110) ("Motion to Dismiss").  The hearing on the Motion to Dismiss was scheduled for April 7, 2011.

WHEREAS, the Motion to Dismiss was fully briefed by the parties.  On April 5, 2011,

1   the Court ordered the Motion to Dismiss submitted without oral argument, taking the matter

2   under submission on the papers.  The Motion to Dismiss is currently pending.

3         WHEREAS, on March 10, 2011, the Court set a discovery schedule calling for the parties

4   to engage in fact discovery related to four service centers which are subject to the lawsuit.

5   Pursuant to the Court Order, fact discovery ended on June 28, 2011.  The parties are continuing

6   to finalize outstanding issues related to fact discovery and expect to be complete by the end of

7   July.  No new fact discovery will occur related to these four service centers.

8         WHEREAS, according the Court Order, the parties are scheduled to begin expert

9   discovery related to the four service centers.  Plaintiffs are required to disclose expert testimony

10  and reports on August 26, 2011.  Defendants are required to disclose expert testimony and

11  reports on September 30, 2011, and all expert discovery is scheduled to be completed by

12  November 30, 2011.

13        WHEREAS, because Defendants have sought the dismissal of various counts of the

14  Complaint, the parties are not currently clear on which counts will or will not require expert

15  testimony.  The parties believe judicial economy will best be served by finalizing the initial

16  pleadings before attempting to complete expert discovery so that the parties do not spend time

17  and resources pursing expert discovery of claims that are no longer in the Complaint.

18        WHEREAS, the parties agree that rescheduling the deadlines to complete expert

19  discovery at this time will allow the Court to rule on the Motion to Dismiss and then allow the

20  parties to proceed in a more orderly fashion with expert discovery.

21        NOW, THEREFORE, the parties do hereby stipulate, by and through counsel, that:

22        1.     The current dates for expert discovery in the Court's March 10, 2011 Order shall

23  be vacated.

24        2.     After the Court issues a ruling on the Motion to Dismiss, the parties request the

25  Court hold a telephonic Case Management Conference ("CMC") within 14 days.  Before that

26  time, the parties will meet and confer and attempt to create a new proposed schedule for expert

27  discovery.  At the hearing the parties can discuss their proposals with the Court and establish a

28  new schedule for expert discovery.

STIPULATION TO STAY EXPERT DISCOVERY

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  July 18, 2011 | **SCHIFF HARDIN LLP** |
| 3 | | ROCKY N. UNRUH |
| | | RUSSELL B. SELMAN |
| 4 | | BRADLEY S. ROCHLEN |
| | | J.MICHAEL SHOWALTER |

Dated:  July 18, 2011

**SCHIFF HARDIN LLP**
ROCKY N. UNRUH
RUSSELL B. SELMAN
BRADLEY S. ROCHLEN
J.MICHAEL SHOWALTER

By:  /s/ Bradley S. Rochlen
       BRADLEY S. ROCHLEN
       Attorneys for Defendant Pacific Gas and
       Electric Company

**ENVIRONMENTAL ADVOCATES**
CHRISTOPHER SPROUL
JODENE ISAACS
BRIAN ORION

By:  /s/ Christopher Sproul
       Attorneys for Plaintiff Ecological Rights
        Foundation

STIPULATION TO STAY EXPERT DISCOVERY

**~~PROPOSED~~ ORDER**

On July 18, 2011, Plaintiff Ecological Rights Foundation and Defendant Pacific Gas and Electric Company filed a Stipulation and Proposed Order to Stay Expert Discovery (the "Stipulation"). Having considered the Stipulation, and good cause appearing, the Court hereby GRANTS the Stipulation and orders as follows:

1. The current dates for expert discovery in the Court's March 10, 2011 Order shall be vacated.

2. After the Court issues a ruling on the Motion to Dismiss, the parties request the Court hold a telephonic Case Management Conference ("CMC") within 14 days.  Before that time, the parties will meet and confer and attempt to create a new proposed schedule for expert discovery. At the hearing the parties can discuss their proposals with the Court and establish a new schedule for expert discovery.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __7/19_____, 2011            _____
                                     Richard Seeborg
                                     United States District Court Judge