*E-Filed 10/13/11*

Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
Brian Orion (State Bar No. 239460)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com
E-mail: borion@enviroadvocates.com


William Verick (State Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (State Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, California 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br>Defendant. | Civil No. 3:10-CV-00121-RS<br><br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE |

1    In accord with the Court's directive at the October 6, 2011 case management conference and

2    Civil Minute Order (Oct. 6, 2011) (Docket Doc. No. 176), Ecological Rights Foundation ("ERF")

3    and Pacific Gas & Electric Company ("PG&E") stipulate to and jointly propose the following case

4    management schedule for managing the next phases of litigation (which shall be limited to

5    adjudicating liability and remedy for the four PG&E facilities located at: (a) 24300 Clawiter Road,

6    Hayward, California; (b) 4801 Oakport Street, Oakland, California; (c) 2555 Myrtle Avenue,

7    Eureka, California; and (d) 1099 West 14th Street, Eureka, California ("the Facilities"):

8    --October 27, 2011:  Cross motions for summary judgment on standing due.

9    --November 10, 2011: Oppositions to cross motions for summary judgment on standing due.

10   --November 25, 2011:  Replies in support of cross motions for summary judgment on

11   standing due.

12   --December 8, 2011, 10 A.M.: Hearing on cross motions for summary judgment on standing.

13   --January 19, 2012:  Deadline for ERF to provide Rule 26 expert disclosures (including

14   expert reports) from any experts that it will use to support its motion for summary judgment

15   concerning liability for ERF's Clean Water Act ("CWA") claims.

16   --February 16, 2012: Deadline for PG&E to provide Rule 26 expert disclosures (including

17   expert reports and rebuttal expert reports) from any experts that it will use to support its cross

18   motion for summary judgment concerning liability for ERF's CWA claims.

19   --March 8, 2012: Deadline for ERF to provide Rule 26 expert disclosures (including expert

20   reports) from any rebuttal experts that it will use to respond to PG&E's CWA liability experts.

21   --April 26, 2012:  Cutoff to complete discovery concerning any expert disclosures of experts

22   or personnel who assisted the parties' CWA experts or were relied upon by these experts (including

23   but not limited to people who assisted in gathering or analyzing samples or provided information to

24   the experts concerning whether storm water runoff from the Facilities reaches waters of the United

25   States).

26   --June 14, 2012:  Cross motions for summary judgment on liability related to ERF's CWA

27   claims due.

28   --July 26, 2012:  Oppositions to cross motions for summary judgment on liability related to

1  ERF's CWA claims and evidentiary motions related to cross motions for summary judgment on

2  liability related to ERF's CWA claims due.

3         August 16, 2012:  Replies in support of cross motions for summary judgment on liability

4  related to ERF's CWA claims and oppositions to evidentiary motions related to cross motions for

5  summary judgment on liability related to ERF's CWA claims due.

6         September 6, 2012:  Replies in support of evidentiary motions related to cross motions for

7  summary judgment on liability related to ERF's CWA claims due.

8         --September 20, 2012, 10 A.M.:  hearing on cross motions for summary judgment on

9  liability related to ERF's CWA claims.

10         For a subsequent case schedule on ERF's Resource Conservation and Recovery Act

11  ("RCRA") claim and on remedy, the parties jointly propose a schedule tied to the Court's issuance

12  of a ruling on the parties cross motions for summary judgment on liability related to ERF's CWA

13  claims ("CWA Claims Ruling") as follows:

14         --10 weeks after the CWA Claims Ruling: Deadline for ERF to provide Rule 26 expert

15  disclosures (including expert reports) from any experts that it will use to support its motion for

16  summary judgment or trial claims concerning ERF's RCRA claim and remedy for the RCRA and

17  CWA claims ("Remaining Claims").

18         --16 weeks after the CWA Claims Ruling: Deadline for PG&E to provide Rule 26 expert

19  disclosures (including expert reports and rebuttal expert reports) from any experts that it will use to

20  support its cross motion for summary judgment or trial claims concerning the Remaining Claims.

21         --20 weeks after the CWA Claims Ruling: Deadline for ERF to provide Rule 26 expert

22  disclosures (including expert reports) from any rebuttal experts that it will use to respond to

23  PG&E's Remaining Claims experts.

24         --30 weeks after the CWA Claims Ruling:  Cutoff to complete discovery concerning any

25  expert disclosures or experts or personnel who assisted the parties' related to the Remaining Claims

26  or were relied upon by these experts.

27         --39 weeks after the CWA Claims Ruling:  Cross motions for summary judgment on the

28  Remaining Claims due.

1    --45 weeks after the CWA Claims Ruling:  Oppositions to cross motions for summary

2    judgment on the Remaining Claims and evidentiary motions related to cross motions for summary

3    judgment on the Remaining Claims due.

4    --49 weeks after the CWA Claims Ruling:  Replies in support of cross motions for summary

5    judgment on the Remaining Claims and oppositions to evidentiary motions related to cross motions

6    for summary judgment on the Remaining Claims due.

7    --52 weeks after the CWA Claims Ruling:  replies in support of evidentiary motions related

8    to cross motions for summary judgment on the Remaining Claims due.

9    --55 weeks after the CWA Claims Ruling, 10 A.M.:  hearing on cross motions for summary

10   judgment on the Remaining Claims.

11

12   Dated:  October 12, 2011

13                                                             */s/ Bradley S. Rochlen*_____

14                                                             Bradley S. Rochlen
                                                              Schiff Hardin LLP
15                                                             233 South Wacker Drive
                                                              Suite 6600
16                                                             Chicago, IL 60606
                                                              312-258-5524
17                                                             brochlen@schiffhardin.com
18                                                             ATTORNEYS FOR DEFENDANT
                                                              PG&E
19

20                                                             Christopher a. Sproul

21                                                             _____

22                                                             Christopher Sproul
                                                              Environmental Advocates
23                                                             5135 Anza Street
24                                                             San Francisco, CA 94121
                                                              (415) 386-6709
25                                                             csproul@enviroadvocates.com
26                                                             ATTORNEYS FOR PLAINTIFF
                                                              ECOLOGICAL RIGHTS
27                                                             FOUNDATION

28

1    **~~PROPOSED~~ ORDER**

2         Having considered the foregoing Stipulation, and good cause appearing, the Court hereby

3    GRANTS the Stipulation and orders that the case shall proceed on the above-referenced schedule.

4

5    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7    Dated: __ 10/13 _____, 2011    _____

8                                             RICHARD SEEBORG

9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28