Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
Brian Orion (State Bar No. 239460)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

William Verick (State Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (State Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, California 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Civil No. CV-10-00121 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT DEADLINES**<br> AS MODIFIED BY THE COURT |

Case No. CV-10-00121 RS

1  WHEREAS, on October 27, 2011, Plaintiff Ecological Rights Foundation ("ERF") filed Plaintiff's Motion for Partial Summary Judgment on Standing (Docket No. 179). The hearing on the Motion to Dismiss was scheduled for December 8, 2011.

WHEREAS, on October 27, 2011, Defendant Pacific Gas and Electric Company ("PG&E") filed Defendant's Motion for Summary Judgment on ERF's Standing (Docket No. 181)The hearing on the Motion to Dismiss was scheduled for December 8, 2011.

WHEREAS, the Motion to Dismiss was fully briefed by the parties.  On December 2, 2011, the Court ordered the hearing on the cross motions for summary judgment to be rescheduled to December 29, 2011.

WHEREAS, on December 5, 2011, the parties and the Court agreed to move the hearing on the cross motions for summary judgment to January 19, 2011 to accommodate scheduling conflicts.

WHEREAS, on October 13, 2011, the Court approved the parties agreed upon bifurcated approach to case management whereby the issue of Plaintiff's standing would first be subject to summary judgment, after which cross motions for summary judgment related to Plaintiff's Clean Water Act ("CWA") claim would be brought, followed by summary judgment motions related to Plaintiff's Resource Conservation and Recovery Act ("RCRA") claims.

WHEREAS, according to the Court Order, the parties are scheduled to begin expert discovery related to the four service centers.  Plaintiff is required to disclose expert testimony and reports on January 19, 2011.  Defendants are required to disclose expert testimony and reports on February 26, 2012, and all expert discovery is scheduled to be completed by April 26, 2012.

WHEREAS, because of the pending cross motions for summary judgment on Plaintiff's standing, the parties are not currently clear on which counts will or will not require expert testimony.  The parties believe judicial economy will best be served by finalizing the issue of Plaintiff's standing to bring the CWA and RCRA claims before attempting to complete proceeding with expert discovery so that the parties do not spend time and resources pursing expert discovery of claims that are no longer in the Complaint.

WHEREAS, the parties agree that staying rescheduling the deadlines to complete expert

Stipulation Extending Case Management Deadlines         1         Case No. CV-10-00121 RS

discovery and cross motions for summary judgment on the CWA claims at this time will allow the Court to rule on the Motions for Summary Judgment and then allow the parties to proceed in a more orderly fashion with expert discovery.

NOW, THEREFORE, the parties do hereby stipulate, by and through counsel, that the case management schedule be adjusted as follows:

--March 1, 2012: Deadline for ERF to provide Rule 26 expert disclosures (including expert reports) from any experts that it will use to support its motion for summary judgment concerning liability for ERF's Clean Water Act ("CWA") claims.

-- April 5, 2012: Deadline for PG&E to provide Rule 26 expert disclosures (including expert reports and rebuttal expert reports) from any experts that it will use to support its cross motion for summary judgment concerning liability for ERF's CWA claims.

--April 26, 2012: Deadline for ERF to provide Rule 26 expert disclosures (including expert reports) from any rebuttal experts that it will use to respond to PG&E's CWA liability experts.

--June 14, 2012: Cutoff to complete discovery concerning any expert disclosures of experts or personnel who assisted the parties' CWA experts or were relied upon by these experts (including but not limited to people who assisted in gathering or analyzing samples or provided information to the experts concerning whether storm water runoff from the Facilities reaches waters of the United States).

--August 2, 2012: Cross motions for summary judgment on liability related to ERF's CWA claims due.

--September 13, 2012: Oppositions to cross motions for summary judgment on liability related to ERF's CWA claims and evidentiary motions related to cross motions for summary judgment on liability related to ERF's CWA claims due.

--October 4, 2012: Replies in support of cross motions for summary judgment on liability related to ERF's CWA claims and oppositions to evidentiary motions related to cross motions for summary judgment on liability related to ERF's CWA claims due.

--October 25, 2012: Replies in support of evidentiary motions related to cross motions for summary judgment on liability related to ERF's CWA claims due.

--November 8, 2012, 10 A.M.: hearing on cross motions for summary judgment on liability related to ERF's CWA claims.

The subsequent case schedule on ERF's Resource Conservation and Recovery Act ("RCRA") claim and on remedy is to remain tied to the Court's issuance of a ruling on the parties cross motions for summary judgment on liability related to ERF's CWA claims ("CWA Claims Ruling") as follows:

--10 weeks after the CWA Claims Ruling: Deadline for ERF to provide Rule 26 expert disclosures (including expert reports) from any experts that it will use to support its motion for summary judgment or trial claims concerning ERF's RCRA claim and remedy for the RCRA and CWA claims ("Remaining Claims").

--16 weeks after the CWA Claims Ruling: Deadline for PG&E to provide Rule 26 expert disclosures (including expert reports and rebuttal expert reports) from any experts that it will use to support its cross motion for summary judgment or trial claims concerning the Remaining Claims.

--20 weeks after the CWA Claims Ruling: Deadline for ERF to provide Rule 26 expert disclosures (including expert reports) from any rebuttal experts that it will use to respond to PG&E's Remaining Claims experts.

--30 weeks after the CWA Claims Ruling: Cutoff to complete discovery concerning any expert disclosures or experts or personnel who assisted the parties' related to the Remaining Claims or were relied upon by these experts.

--39 weeks after the CWA Claims Ruling: Cross motions for summary judgment on the Remaining Claims due.

--45 weeks after the CWA Claims Ruling: Oppositions to cross motions for summary judgment on the Remaining Claims and evidentiary motions related to cross motions for summary judgment on the Remaining Claims due.

--49 weeks after the CWA Claims Ruling: Replies in support of cross motions for summary judgment on the Remaining Claims and oppositions to evidentiary motions related to cross motions for summary judgment on the Remaining Claims due.

--52 weeks after the CWA Claims Ruling: replies in support of evidentiary motions related to cross motions for summary judgment on the Remaining Claims due.

--55 weeks after the CWA Claims Ruling, ~~10 A.M.~~ 1:30 PM: hearing on cross motions for summary judgment on the Remaining Claims.

DATED:  December 15, 2011          /s/ Jodene Isaacs
                                   Attorneys for Plaintiff
                                   Ecological Rights Foundation


DATED:  December 15, 2011          /s/ Bradley Rochlen
                                   Attorneys for Defendant PG&E


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 12/15/11                    _____
                                   Honorable Richard Seeborg
                                   United States District Judge

Stipulation Extending Case Management Deadlines          4          Case No. CV-10-00121 RS