# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco

| | |
|---|---|
| ECOLOGICAL RIGHTS, | No. C 10-00121 RS (LB) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| PACIFIC GAS & ELECTRIC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: May 9, 2012

LAUREL BEELER
United States Magistrate Judge

C 10-00121 RS (LB)
NOTICE OF REFERRAL AND ORDER