UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| ECOLOGICAL RIGHTS,<br><br>     Plaintiff(s),<br> v.<br><br>PACIFIC GAS & ELECTRIC,<br><br>     Defendant(s).<br>_____/ | No. C 10-00121 RS (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: May 9, 2012

                _____
                LAUREL BEELER
                United States Magistrate Judge

C 10-00121 RS (LB)
NOTICE OF REFERRAL AND ORDER