IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>        Plaintiff,<br>   v.<br><br>PACIFIC GAS & ELECTRIC CO.,<br><br>        Defendant.<br>_____/ | No. C 10-00121<br><br>**CASE MANAGEMENT<br>SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court held a Case Management Conference on July 25, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. EXPERT DISCOVERY. Expert discovery shall proceed as follows:

    A. On or before September 19, 2013, ERF shall make its expert disclosures for any experts it will use to support its motion for summary judgment or trial claims concerning ERF's RCRA claim and remedy for the RCRA claim, pursuant to Rule 26 of the Federal Rules of Civil Procedure.

    B. On or before October 31, 2013, PG&E shall disclose its expert reports and rebuttal expert reports.

1   C. On or before December 5, 2013, ERF shall provide its expert disclosures for any rebuttal experts.

2   D. On or before February 13, 2014, all expert discovery related to ERF's RCRA claim and remedy for the RCRA claim shall be completed.

2. DISPOSITIVE PRETRIAL MOTIONS.  Briefing of ERF's motion for summary judgment on its RCRA claim shall proceed as follows:

   A. On or before April 17, 2014, ERF shall file its motion for summary judgment. The opening brief shall be limited to 25 pages.

   B. On or before June 5, 2014, PG&E shall file its combined opposition and cross motion for summary judgment related to ERF's RCRA claim and remedy for the RCRA claim.  The combined document shall be limited to 40 pages.

   C. On or before July 3, 2014, ERF shall file its combined reply and opposition to the cross motion for summary judgment.  The combined document shall be limited to 30 pages.

   D. On or before July 31, 2014, PG&E shall file its reply in support of its cross motion. The reply shall be limited to 15 pages.

   E. A hearing on the cross motions shall be held on Thursday, **August 21, 2014 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  7/25/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2